IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, </br></br>   Plaintiff, </br></br>   v. </br></br> Prollergy Corporation d/b/a Ready, Set, Food!, </br></br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No._____ </br> ) </br> ) **JURY DEMANDED** </br> ) </br> ) </br> ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BEFORE Brands, Inc. d/b/a SpoonfulONE, a non-governmental entity, through its undersigned counsel states that BEFORE Brands, Inc. has no parent corporation.  Nestle Health Science owns 10% or more of the stock of BEFORE Brands, Inc. d/b/a SpoonfulONE.  No other publicly-held corporation owns 10% or more of the stock of BEFORE Brands, Inc. d/b/a SpoonfulONE.

| | |
|---|---|
| OF COUNSEL: </br> Elaine H Blais </br> Louis L. Lobel </br> GOODWIN PROCTER LLP </br> 100 Northern Avenue </br> Boston, MA 02210 </br> (617) 570-1000 </br></br> Alexandra D. Valenti </br> GOODWIN PROCTER LLP </br> The New York Times Building </br> 620 Eighth Avenue </br> New York, NY  10018 </br> (212) 813-8800 </br></br> Dated: December 2, 2021 | */s/ Karen E. Keller* </br> John W. Shaw (No. 3362) </br> Karen E. Keller (No. 4489) </br> Nathan R. Hoeschen (No. 6232) </br> SHAW KELLER LLP </br> I.M. Pei Building </br> 1105 North Market Street, 12th Floor </br> Wilmington, DE 19801 </br> (302) 298-0700 </br> jshaw@shawkeller.com </br> kkeller@shawkeller.com </br> nhoeschen@shawkeller.com </br> *Attorneys for Plaintiff BEFORE Brands* |

1