# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, | ) |
| Plaintiff, | ) C.A. No. 21-1706-CFC |
| v. | ) |
| Prollergy Corporation d/b/a Ready, Set, Food!, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant Prollergy Corporation d/b/a Ready, Set, Food! ("RSF") hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims against RSF asserted in Plaintiff BEFORE Brands, Inc. d/b/a SpoonfulONE's Amended Complaint (D.I. 6).

The grounds for this motion are set forth in RSF's Opening Brief in Support of Its Motion to Dismiss, filed contemporaneously herewith.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Griffin A. Schoenbaum (#6915)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
schoenbaum@rlf.com

*Attorneys for Defendant Prollergy Corporation d/b/a Ready, Set, Food!*

Dated: April 28, 2022