# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Prollergy Corporation d/b/a Ready, Set, )<br>Food!, )<br>)<br>Defendant. ) | C.A. No. 21-1706-CFC |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Prollergy Corporation d/b/a Ready, Set, Food! hereby discloses that it has no parent corporation. Defendant further discloses that the following entities own more than 10% of Defendant: (1) Danone Manifesto Ventures—the corporate venture entity of Danone S.A., a publicly traded company and (2) Johnson & Johnson Innovation (JJDC, Inc.)—a venture investing entity of Johnson & Johnson, a publicly traded company.

*/s/ Kelly E. Farnan*
Kelly Farnan (#4395)
Griffin Schoenbaum (#6915)
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendant Corporation d/b/a Ready, Set, Food!*

Dated: April 28, 2022