IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1706-CFC ) |
| Prollergy Corporation d/b/a Ready, Set, Food!, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Plaintiff to submit its Answering Brief to Defendant's Motion to Dismiss (D.I. 10) is extended through and including June 13, 2022.

1

| | |
|---|---|
| /s/ *Emily S. DiBenedetto* | /s/ *Kelly E. Farnan* |
| John W. Shaw (No. 3362) | Kelly E. Farnan (No. 4395) |
| Karen E. Keller (No. 4489) | RICHARDS, LAYTON & FINGER, P.A. |
| Nathan R. Hoeschen (No. 6232) | One Rodney Square |
| Emily S. DiBenedetto (No. 6779) | 920 North King Street |
| SHAW KELLER LLP | Wilmington, DE 19801 |
| I.M. Pei Building | (302) 651-7700 |
| 1105 North Market Street, 12th Floor | farnan@rlf.com |
| Wilmington, DE 19801 | *Attorney for Defendant* |
| (302) 298-0700 | |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: May 5, 2022

SO ORDERED this 5th day of ____May____, 2022.

_____
Chief United States District Judge

2