IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1706-CFC |
| | ) |
| v. | ) |
| | ) |
| Prollergy Corporation d/b/a Ready, Set, Food!, | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant Prollergy Corporation d/b/a Ready, Set, Food! ("RSF") respectfully requests oral argument on RSF's Motion to Dismiss (D.I. 10).  Briefing on the motion is now complete (D.I. 11, D.I. 15, D.I. 16).

/s/ Griffin A. Schoenbaum
Kelly E. Farnan (#4395)
Griffin A. Schoenbaum (#6915)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
schoenbaum@rlf.com

Dated:  June 23, 2022

*Attorneys for Defendant Prollergy Corporation d/b/a Ready, Set, Food!*