# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, and the Board of Trustees of the Leland Stanford Junior University, <br><br> Plaintiffs, <br><br> v. <br><br> Prollergy Corporation d/b/a Ready, Set, Food!, <br><br> Defendant. | ) ) ) ) ) C.A. No. 21-1706-CFC ) ) ) ) ) ) ) ) |

## MOTION TO DISMISS

Defendant Prollergy Corporation d/b/a Ready, Set, Food! ("RSF") hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs BEFORE Brands, Inc. d/b/a SpoonfulONE and the Board of Trustees of the Leland Stanford Junior University's Second Amended Complaint (D.I. 20) with prejudice.

The grounds for this motion are set forth in Defendant's Opening Brief in Support of Its Motion to Dismiss, filed contemporaneously herewith.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Griffin A. Schoenbaum (#6915)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
schoenbaum@rlf.com

*Attorneys for Defendant Prollergy Corporation d/b/a Ready, Set, Food!*

Dated: September 8, 2022