# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE, and the Board of Trustees of the Leland Stanford Junior University, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 21-1706-CFC<br>)<br>) |
| v. | )<br>) |
| Prollergy Corporation d/b/a Ready, Set, Food!, | )<br>)<br>) |
| Defendant. | )<br>) |

## DECLARATION OF GRIFFIN A. SCHOENBAUM
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Griffin A. Schoenbaum, declare as follows:

1. I am an attorney at Richards, Layton & Finger, P.A. representing Defendant Prollergy Corporation d/b/a Ready, Set, Food! ("RSF") in the above-captioned action. I offer this declaration in support of RSF's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Allowance and Fee(s) Due dated May 15, 2017, with highlighting added by counsel.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter that Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP sent to Daniel Zakowski, Chief Executive Officer of RSF, on April 21, 2021, with highlighting added by counsel.

RLF1 27918392v.1

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter that Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP sent to Daniel Zakowski, Chief Executive Officer of RSF, on September 14, 2021, with highlighting added by counsel.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter that Marc Karish, Esquire, of Karish & Bjorgum, PC, sent to Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP, on September 17, 2021, with highlighting added by counsel.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter that Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP sent to Marc Karish, Esquire, of Karish & Bjorgum, PC, on December 3, 2021, with highlighting added by counsel.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter that Marc Karish, Esquire, of Karish & Bjorgum, PC, sent to Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP, on December 6, 2021, with highlighting added by counsel.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter that Elaine Herrmann Blais, Esquire, of Goodwin Procter LLP sent to Marc Karish, Esquire, of Karish & Bjorgum, PC, on January 21, 2022.

9.  Attached hereto as **Exhibit H** is a true and correct copy of a PDF document reflecting the Amazon.com product page for Stage 3, available at: https://www.amazon.com/Ready-Set-Food-Allergen-Introduction/dp/B096LT69PK?ref_=ast_sto_dp&th=1 (last visited Sept. 8, 2022), with highlighting added by counsel.

10. Attached hereto as **Exhibit I** is a true and correct copy of a PDF document reflecting the product page for Stage 3 on RSF's website, available at https://readysetfood.com/products/stage-3-food-mix-in (last visited Sept. 8, 2022), with highlighting added by counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Griffin A. Schoenbaum*
Griffin A. Schoenbaum (#6915)

Dated: September 8, 2022