IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEFORE Brands, Inc. d/b/a SpoonfulONE and the Board of Trustees of the Leland Stanford Junior University, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1706-CJB |
| v. | ) ) | |
| Prollergy Corporation d/b/a Ready, Set, Food!, | ) ) ) | |
| Defendant. | ) ) | |

## <u>JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and an agreement by and between Plaintiffs BEFORE Brands, Inc. d/b/a SpoonfulONE, the Board of Trustees of the Leland Stanford Junior University  (collectively, "Plaintiffs"), and Sociéte Des Produits Nestlé S.A. ("SPN"), on the one hand, and Defendant Prollergy Corporation d/b/a Ready, Set, Food! ("Defendant") (together with Plaintiffs and SPN, "the Parties"), on the other hand, dated February 28, 2023 (the "Agreement"), the Parties hereby stipulate and agree as follows:

1.      All claims asserted by Plaintiffs in the above-captioned action are hereby dismissed with prejudice.

2.      Each party shall bear its own attorneys' fees, costs and expenses in connection with this action.

/s/ Nathan R. Hoeschen
Karen E. Keller (#4489)
John W. Shaw (#3362)
Nathan R. Hoeschen (#6232)
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

Dated: March 1, 2023

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2023.

_____
Magistrate Judge Burke